# United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| SEBRASKAN BROWN and COLUMBUS MIZELL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PALLETONE OF FLORIDA, INC. d/b/a PalletOne, Inc.,<br><br>    Defendant. | CV 520-079 |

### ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 13, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 31st day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA